UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON VAN SCOTT | 2:08-cv-2006-RCF (P) |
| Plaintiff, | ORDER DISMISSING DEFENDANTS |
| v. | |
| GLENDA MOORE et al., | |
| Defendants. | |

Plaintiff Carlton Van Scott is a pro se plaintiff proceeding in forma pauperis. In an order entered June 3, 2009, the Court dismissed plaintiff's second complaint without prejudice with respect to defendants Dr. Lowe, Dr. Jason Roherer, Dr. Toppenburger, Dr. A. Traquina or Dr. Naku. In that order, the Court granted plaintiff 30 days to file a motion seeking leave to file a new amended complaint asserting cognizable claims for relief against these defendants. The 30 days has elapsed, and plaintiff has not filed a motion for leave to file a new amended complaint. The Court will therefore dismiss defendants Lowe, Roherer, Toppenburger, Traquina and Naku from this action. Plaintiff may not raise claims against any of these defendants in an amended complaint in this action.

For these reasons, it is hereby ORDERED that:

1. Defendant Dr. Lowe is dismissed from this action.

2. Defendant Dr. Jason Roherer is dismissed from this action.

3. Defendant Dr. Toppenburger is dismissed from this action.

4. Defendant Dr. A. Traquina is dismissed from this action.

5. Defendant Dr. Naku is dismissed from this action.

DATED: July 9, 2009

/s/ Raymond C. Fisher

Raymond C. Fisher,
United States Circuit Judge
Sitting by Designation