# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON VAN SCOTT, | 2:08-cv-2006-RCF (PC) |
| Plaintiff, | **ORDER VACATING PENDING PRETRIAL DEADLINES** |
| v. | |
| GLENDA MOORE, et al., | |
| Defendants. | |

The following deadlines set out in the Court's October 29, 2009 Discovery and Scheduling Order (Document No. 31) are hereby **VACATED**: (1) Plaintiff's pretrial statement, March 5, 2010; (2) Plaintiff's motions necessary to obtain the attendance of witnesses at trial, March 5, 2010; (3) Defendants' pretrial statement, March 19, 2010; (4) pretrial conference, March 25, 2010; trial, April 5, 2010.  The Court will issue an appropriate scheduling order, if necessary, after resolving Defendants' pending motion for summary judgment (Document No. 35).

IT IS SO ORDERED.

Dated:   March 12, 2010           /s/ Raymond C. Fisher
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

-1-