# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON VAN SCOTT, | 2:08-cv-2006-RCF (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS LEAVE TO FILE SUPPLEMENTAL REPLY BRIEF** |
| v. | |
| GLENDA MOORE, et al., | |
| Defendants. | |
| _____ / | |

Defendants filed a reply brief (Document No. 39) in support of their motion for summary judgment (Document No. 35) on March 29, 2010. On March 30, 2010, the Court received Plaintiff's Amended Exhibits of Opposition to Defendant's Summary Judgment and Affidavits (Document No. 40). In light of plaintiff's March 30 filing, the Court sua sponte grants defendants leave to file an optional supplemental reply brief within 7 days of entry of this order.

IT IS SO ORDERED.

Dated:   March 31, 2010              /s/ Raymond C. Fisher
UNITED STATES CIRCUIT JUDGE
Sitting by Designation